**Order entered August 13, 2014**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-14-00649-CV

**B.C., Appellant**

**V.**

**STEAK N SHAKE OPERATIONS, INC., Appellee**

**On Appeal from the 380th Judicial District Court**
**Collin County, Texas**
**Trial Court Cause No. 380-02686-2012**

## ORDER

We **GRANT** appellant's August 12, 2014 unopposed motion for an extension of time to

file a reply brief.  Appellant shall file a reply brief on or before **September 17, 2014**.


/s/      ADA BROWN
JUSTICE